UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| JUAN BANKS a/k/a<br>JUAN ADRIAN BANKS | NO.: 12-00059-BAJ-SCR |

## RULING AND ORDER

Before the Court is Petitioner Juan Banks's **Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 42)**. The Motion is opposed by the United States.[1]

The Magistrate Judge has issued a Report (Doc. 47) recommending that Petitioner's motion be denied. Petitioner does not object to the Magistrate Judge's Report.[2]

Having carefully considered Petitioner's § 2255 Motion and related filings, the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 47)**, and **ADOPTS** it as the Court's opinion herein.

---

[1] Upon order of the Court, (Doc. 44), the United States filed an opposition memorandum to Petitioner's § 2255 Motion, (see Doc. 45). The Magistrate Judge's Report noted that the United States's opposition referenced a plea agreement that was not filed in the record. (See Doc. 47 at pp. 1–2 n.1). The plea agreement in this matter has since been filed in the record. (See Doc. 49). Yet the Court still agrees with the Magistrate Judge's observation that the bulk of the opposition is lacking in direct relevance to Petitioner's Motion. (See Doc. 47 at p. 1 n.1). Thus, the United States's opposition memorandum does little to elucidate the issues in these proceedings.

[2] The Magistrate Judge's Report was issued on February 12, 2015. The mailed Report was returned as undeliverable because Petitioner was no longer located at the address then on file with the Court. (Doc. 48). The record reflects that the Clerk's Office re-mailed the Report on March 19, 2015 to Petitioner at his new address and re-set Petitioner's deadline to file objections. The fourteen-day objection period has passed, and Petitioner has filed no objections into the record.

1

Accordingly, for the reasons explained in the Magistrate Judge's Report,

IT IS ORDERED that Petitioner Juan Banks's **§ 2255 Motion (Doc. 42)** is **DENIED**.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED** because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 16th day of April, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA